Case 10-92831-BHL-13   Doc 18   Filed 03/04/11   EOD 03/04/11 13:14:29   Pg 1 of 1

# United States Bankruptcy Court for the Southern District of Indiana
## New Albany Division
### Joseph M. Black, Jr. Standing Trustee

Page 1

In RE: SHELLEY JO FERRAZZI
101 FAWN COURT

SELLERSBURG IN 47172

Case Number 3/4/2011

**1092831  BHL**

SS #:   xxx-xx-4019   xxx-xx-

## REPORT ON CLAIMS

| Creditor | Address | Date Filed | Amount Filed | Int Rate | Class |
|---|---|---|---|---|---|
| 001-0 LLOYD KOEHLER | 400 PEARL ST, #200  NEW ALBANY,IN 47150- | 08/31/2010 | 3,000.00 | | Legal |
| 002-0 BAC HOME LOANS SERVICING LP  7105 CORPORATE DRIVE | MAIL STOP TX2-982-03-03  PLANO,TX 75024- | 11/04/2010 | 123,761.14 | | Continuing |
| 002-1 BAC HOME LOANS SERVICING LP  7105 CORPORATE DRIVE | MAIL STOP TX2-982-03-03  PLANO,TX 75024- | 11/04/2010 | 12,115.76 | | Secured |
| 003-0 MIDLAND CREDIT MANAGEMENT INC | 8875 AERO DR STE 200  SAN DIEGO,CA 92123- | 09/10/2010 | 2,078.86 | | Unsecured |
| 004-0 CREDITONEBNK | PO BOX 98872  LAS VEGAS,NV 89193 | | 0.00 | | Not Filed |
| 005-0 FNCC | 500 EAST 60TH ST N  SIOUX FALLS,SD 57104 | | 0.00 | | Not Filed |
| 006-0 LVNV FUNDING LLC  POB 10587 | c/o RESURGENT CAPITAL SERVICES  GREENVILLE,SC 29603-0587 | 01/04/2011 | 1,926.54 | | Unsecured |
| 007-0 MERRICK BANK  PO BOX 10368 | RESURGENT CAPITAL SERVICES  GREENVILLE,SC 29603-0368 | 09/16/2010 | 1,898.05 | | Unsecured |
| 008-0 METABLAZE | 500 E 60 S  SIOUX FALLS,SD 57104 | | 0.00 | | Not Filed |
| 009-0 MIDLAND CREDIT MANAGEMENT INC | 8875 AERO DR STE 200  SAN DIEGO,CA 92123- | 09/10/2010 | 1,022.53 | | Unsecured |
| 010-0 CIGPF I CORP  PO BOX 8500 | NCO FINANCIAL SYSTEMS INC  PHILADELPHIA,PA 19178-8497 | 11/22/2010 | 1,233.44 | | Unsecured |
| 011-0 MIDLAND CREDIT MANAGEMENT INC | 8875 AERO DR STE 200  SAN DIEGO,CA 92123- | 09/03/2010 | 509.75 | | Unsecured |
| 666-0 JOSEPH M BLACK, JR, TRUSTEE  PO BOX 846 | SEYMOUR,IN 47274- | 09/23/2010 | 5.78 | | Admin |

/s/ Joseph M. Black, Jr.
--------------------------------
Joseph M. Black, Jr.
Chapter 13 Trustee
Post Office Box 846
Seymour, Indiana 47274
Phone: (812) 524-7211
Fax: (812)523-8838
Email: jblacktrustee@trustee13.com